IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. 25-927 MJ |
| vs. | ) Count 1: 8 U.S.C. §1325(a)(1):<br>) Illegal Entry Without Inspection |
| **DANIEL ENRIQUEZ-ARMENDARIZ,** | ) |
| Defendant. | ) Count 2: 50 U.S.C. § 797:<br>) Penalty for Violation of Security<br>) Regulations |

INFORMATION

The United States Attorney charges:

Count 1

On or about April 26, 2025, in Doña Ana County in the District of New Mexico, the defendant, **DANIEL ENRIQUEZ-ARMENDARIZ**, who was then and there an alien, did knowingly and unlawfully enter into the United States from the Republic of Mexico, at a place not designated as a lawful Port of Entry by immigration officials of the United States for the entrance of immigrants into the United States.

In violation of 8 U.S.C. § 1325(a)(1).

Count 2

On or about April 26, 2025, in Doña Ana County in the District of New Mexico, the defendant, **DANIEL ENRIQUEZ-ARMENDARIZ**, willfully violated the order issued on April 18, 2025, by the U.S. Army Garrison Fort Huachuca military commander designating the New Mexico National Defense Areas, also known as the Roosevelt Reservation, as both a restricted

area and a controlled area under Army Regulation 190-13, prohibiting the unauthorized entry into the New Mexico National Defense Areas, a defense property security regulation.

In violation of 50 U.S.C. § 797.

RYAN ELLISON<br>
United States Attorney<br>
<br>
_____<br>
200 N. Church Street<br>
Las Cruces, NM 88001<br>
(575) 522-2304